UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DANA NICHINSON,

         **Plaintiff,**

  v.               1:12-CV-615
                    (FJS/CFH)

**GLENS FALLS HOSPITAL and**
**THE UNITED STATES OF AMERICA,**

         **Defendants.**
_____

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

  Counsel having advised the Court that the above entitled action has been settled, or is in the process of reaching a settlement, it is unnecessary for the action to remain active on the Court's calendar. Therefore, the Court hereby

  **ORDERS** that the action is **DISMISSED WITHOUT PREJUDICE**. The Court will retain jurisdiction to vacate this Judgment and reopen the action for good cause shown that the settlement was not consummated and that further litigation is necessary, upon a motion by any party **within 90 days from the date of this Judgment**; and the Court further

  **ORDERS** that, if no motion is filed, the dismissal will become **WITH PREJUDICE on the 91st day after the date of this Judgment**; and the Court further

  **ORDERS** that, upon reaching a final settlement, the parties shall file with the Court a stipulation of discontinuance and/or a settlement agreement; and the Court further

  **ORDERS** that the Clerk of the Court shall serve copies of this Judgment on all counsel via electronic means.

Date: December 10, 2014           _____
Syracuse, New York             Frederick J. Scullin, Jr.
                      Senior United States District Court Judge